STATE OF CONNECTICUT *v.* CHARLES PILOTTI

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 563 (AC 26220), is denied.

*James J. Ruane*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided March 27, 2007

STATE OF CONNECTICUT *v.* EVERTON K. STEPHENSON

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 591 (AC 26332), is denied.

*Robert J. McKay*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided March 27, 2007

WILLIE MYERS *v.* COMMISSIONER OF CORRECTION

The petitioner Willie Myers' petition for certification for appeal from the Appellate Court, 98 Conn. App. 737 (AC 26672), is denied.

*Christopher M. Neary*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided April 12, 2007